Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Albert Dytch

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No.  3:15-cv-04300-MEJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| HENRO, LLC, dba 900 GRAYSON, et al., | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION

1       IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants

2    Henro, LLC, dba 900 Grayson; Jaik Koo, Trustee of the Koo Family Trust; and Jungsoon Koo,

3    Trustee of the Koo Family Trust, the parties to this action, by and through their respective

4    counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

5    action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees

6    and costs.

7

8    Dated: February 1, 2016          MOORE LAW FIRM, P.C.

9

10                             /s/ Tanya E. Moore

11                             Tanya E. Moore

12                             Attorney for Plaintiff,
                                Albert Dytch

13

14    Dated: February 1, 2016          VAUGHAN & ASSOCIATES

15

16                             /s/ Cris C. Vaughan

17                             Cris C. Vaughan
                                 Attorney for Defendants,

18                             Henro, LLC, dba 900 Grayson;
                                 Jaik Koo, Trustee of the Koo Family Trust; and

19                             Jungsoon Koo, Trustee of the Koo Family Trust

20

21



22                                 It is so GRANTED.
                                 DATED: 2/2/2016

23

24

25

26

27

28